## CITIZENS ASSOC. v. CITY OF WASHINGTON

No. 91 PC.

Case below: 45 N.C App. 7.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 6 May 1980.

## CLARK v. CLARK

No. 92 PC.

Case below: 44 N.C. App. 730.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

## CLARK v. CLARK

No. 93 PC.

Case below: 44 N.C. App. 730.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 May 1980.

## CLONTZ v. CLONTZ

No. 35 PC.

Case below: 44 N.C. App. 573.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 May 1980.

## COCKERHAM v. WARD and ASTRUP CO. v. WEST CO.

No. 90 PC.

Case below: 44 N.C. App. 615.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 May 1980.